The New York Times
Company

Jackson Busch
(212) 556-1244
jackson.busch@nytimes.com

620 8th Avenue
New York, NY 10018
nytimes.com

July 2, 2026

**VIA ECF**

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *Button, et al., v. The New York Times Company, et al.*, 25-2634 — Notice of Withdrawal

Dear Ms. Wolfe:

I am writing to respectfully request that the Court remove Al-Amyn Sumar from the list of counsel for Defendants-Appellees The New York Times Company, Julia Jacobs, Demetri Blaisdell, and David McCraw in the above-captioned appeal. As of July 4, 2026, Mr. Sumar will no longer be associated with The New York Times Company.

Please be advised that I should remain as counsel for the above Defendants-Appellees.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Jackson Busch